UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>KYONG CHA PARK,<br><br>                    Defendant. | Case No. 21CR3575-JLS<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Section 1544 - Misuse of Passport (Felony) |

The United States Attorney charges:

On or about December 4, 2021, within the Southern District of California, defendant, KYONG CHA PARK, willfully and knowingly used and attempted to use, a United States Passport, which had been issued and designed for the use of another person, in that, defendant presented said Passport to a Department of Homeland Security, Customs and Border Protection Officer, at the San Ysidro, California Port of Entry, with the intent to gain entry to the United States, in violation of Title 18, United States Code, Section 1544, a felony.

DATED: 12/14/2021

RANDY S. GROSSMAN
United States Attorney

*Jessica Schulberg*

JESSICA ADELINE SCHULBERG
Assistant U.S. Attorney

JSCH:cd:12/14/2021