UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR3575-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING SENTENCING HEARING** |
| KYONG CHA PARK, | |
| Defendant. | |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **May 13, 2022**; the hearing is **CONTINUED** to **Friday, May 27, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated: May 10, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge